# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | WESTERN DISTRICT OF MISSOURI |
|---|---|---|
| Name (under which you were convicted): **DEMETRIO PARRA-ELIZALDE** | Docket or Case No: | **18-00138-02-W-DGK** |
| Place of Confinement: **FSL ELKTON** | Prisoner No: | **33316-045** |
| Movant **DEMETRIO PARRA-ELIZALDE** | V. | United States of America |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI, WESTERN DIVISION

(b) Criminal docket or case number (if you know): 18-00138-02-W-DGK

2. (a) Date of the judgment of conviction (if you know): 06/30/2021

(b) Date of sentencing: 06/30/2021

3. Length of sentence: 120-MONTHS

4. Nature of crime (all counts):
18 U.S.C 1956(a)(1)(B)(i),(ii) and (h)

5. (a) What was your plea: (Check one)
(1) Not guilty ☐   (2) Guilty ☑   (3) Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
N/A

1

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge Only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☑

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑

9. If you did appeal, answer the following:
    (a) Name of court: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Citation of the case (if you know): _____

    (f) Grounds raised:


    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
        If "Yes," answer the following:
        (1) Docket or case number (if you know):

        (2) Result:

        (3) Date of result (if you know):

        (4) Citation to the case (if you know):

        (5) Grounds raised:


10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:

    (a)(1) Name of court:

        (2) Docket of case number (if you know):

2

(3) Date of filing (if you know):_____

(4) Nature of the proceeding:_____

(5) Grounds raised:




(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐  No ☑

(7) Result:_____

(8) Date of result (if you know):_____

(b) If you file any second motion, petition, or application, give the same information:
(1) Name of court:_____

(2) Docket of case number (if you know):_____

(3) Date of filing (if you know):_____

(4) Nature of the proceeding:_____

(5) Grounds raised:




(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes ☐  No ☑

(7) Result:_____

(8) Date of result (if you know):_____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition    Yes ☐    No ☐
(2) Second petition   Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

3

Case 4:22-cv-00420-DGK   Document 1   Filed 06/28/22   Page 3 of 12

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

As fully explained in the Memorandum in Support filed herewith, Counsel was ineffective during the "critical" plea phase of his criminal proceeding.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment or conviction, did you raise this issue?
   Yes ☐   No ☑

  (2) If you did not raise this issue in your direct appeal, explain why:

  As fully explained in the Memorandum in Support filed herewith, Claims of ineffective assistance of counsel are best raised in a post-conviction motion.

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐   No ☑

  (2) If your answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available):


  (3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐   No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
   Yes ☐   No ☐

(6) If your answer to question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:

   Docket case number (if you know): _____

   Date of the court's decision: _____

   Result: (attach a copy of the court's opinion or order if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


## GROUND TWO: INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):
As fully explained in the Memorandum in Support filed herewith, Counsel was ineffective during the "critical" sentencing phase of his criminal proceeding.


(b) **Direct Appeal of Ground Two:**
   (1) If you appealed from the judgment or conviction, did you raise this issue?
   Yes ☐   No ☑

   (2) If you did not raise this issue in your direct appeal, explain why:
   As fully explained in the Memorandum in Support filed herewith, Claims of ineffective assistance of counsel are best raised in a post-conviction motion.

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐   No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

5

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
Yes ☐ No ☐

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket case number (if you know): _____

Date of the court's decision: _____

Result: (attach a copy of the court's opinion or order if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


GROUND THREE: INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):
As fully explained in the Memorandum in Support filed herewith, Counsel was ineffective during the "critical" appellate phase of his criminal proceeding.

6

(b) **Direct Appeal of Ground Three:**
  (1) If you appealed from the judgment or conviction, did you raise this issue?
  Yes ☐   No ☑

  (2) If you did not raise this issue in your direct appeal, explain why:
  As fully explained in the Memorandum in Support filed herewith, Claims of ineffective assistance of counsel are best raised in a post-conviction motion.

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
  Yes ☐   No ☐

  (2) If your answer to Question (c)(1) is "Yes", state:
  Type of motion or petition: _____

  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____

  Date of the court's decision: _____

  Result (attach a copy of the court's opinion or order, if available):


  (3) Did you receive a hearing on your motion, petition, or application?
  Yes ☐   No ☐

  (4) Did you appeal from the denial of your motion, petition, or application?
  Yes ☐   No ☐

  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
  Yes ☐   No ☐

  (6) If your answer to question (c)(4) is "Yes," state:

  Name and location of the court where the appeal was filed: _____

  Docket case number (if you know): _____

  Date of the court's decision: _____

  Result: (attach a copy of the court's opinion or order if available):

7

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**
   (1) If you appealed from the judgment or conviction, did you raise this issue?
   Yes ☐    No ☐

   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
   Yes ☐    No ☐

   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐    No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐    No ☐

8

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
Yes ☐ No ☐

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____

Docket case number (if you know):_____

Date of the court's decision:_____

Result: (attach a copy of the court's opinion or order if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:


13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

None of the claims raised herein have previously been presented to a Court for consideration. This is so because, Claims of ineffective assistance of counsel are best raised in a post-conviction motion. This is the Movant's first and only post-conviction motion.


14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type or proceeding, and the issues raised:


15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Kurt Marquart, 2345 Grand, Suite 1600, Kansas City, MO 64108

(b) At arraignment and plea: Kurt Marquart, 2345 Grand, Suite 1600, Kansas City, MO 64108

(c) At trial: n/a

9

(d) At sentencing: Kurt Marquart, 2345 Grand, Suite 1600, Kansas City, MO 64108

(e) On appeal: n/a

(f) In any post-conviction proceeding: n/a

(g) On appeal from any ruling against you in a post-conviction proceeding: n/a

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☐   No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☑

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date of the other sentence was imposed:

   (c) Give the length of the other sentence:

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes ☐   No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitation as contained in 28 U.S.C § 2255 does not bar your motion.* (see below)

As explained in further detail in the Memorandum in Support filed herewith, the post-conviction motion is timely pursuant to 28 U.S.C 2255(f)(1).

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. §2255, paragraph 6, provides in part that:

   A one-year period limitations shall apply to a motion under this section. The limitation period shall run from the latest of:
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

10

Case 4:22-cv-00420-DGK   Document 1   Filed 06/28/22   Page 10 of 12

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

_____

Therefore, Movant asks that the Court grant the following relief:
**Set aside the imposed judgment and schedule further proceedings.**

or any other relief to which movant is entitled.

_____
Signature of Attorney (if any)

I, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on **06/17/2022**.
(month, date, year)

Executed (signed) on **06/17/2022** (date)

*Demetrio Parra-Elizalde*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

11



```
                                              062S0009565007
        $2.76 US POSTAGE                           17172700
        9 OZ FIRST-CLASS MAIL FLATS RATE         FROM 44432
   1    RETAIL
                                                    stamps
                                                   endicia
                                                  06/17/2022
```

# USPS FIRST CLASS MAIL®

DEMETRIO PARRA-ELIZALDE REG: 33316-045
FEDERAL SATELLITE LOW ELKTON
PO BOX 10
LISBON OH 44432-0010

C015

SHIP TO:
UNITED STATES DISTRICT COURT CLERK
WESTERN DISTRICT OF MISSOURI
400 E 9TH ST RM 1510
KANSAS CITY MO 64106-1998

RECEIVED
2022 JUN 28 AM 8:32
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY, MO